IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KAREN TUMEH, | ) | CASE NO. 4:08 CV 3150 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| McDONALD'S CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court upon Plaintiff's Motion to Withdraw Shirley A. Mora James as counsel for plaintiff. I find that good cause has been shown and that the Motion should be granted.

IT IS ORDERED that the Plaintiff's Motion to Withdraw, filing 13, is granted.

DATED this 10th day of September, 2008

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge