IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KAREN TUMEH, | ) | 4:08CV3150 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| McDONALD'S CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's unopposed motion for an enlargement of time (filing 15) is granted, as follows:

Plaintiff shall have until October 20, 2008, to respond to Defendant's motion to dismiss (filing 10).

September 18, 2008.                BY THE COURT:

                                   s/ *Richard G. Kopf*
                                   United States District Judge