IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KAREN TUMEH, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3150 |
| | ) | |
| v. | ) | |
| | ) | |
| MCDONALD'S CORPORATION, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

        This matter is before the court *sua sponte*.  On July 30, 2008, (filing 9) the parties were directed to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to submit a written report of their meeting on or before September 3, 2008.

        No such report has been received.

        Accordingly,

        IT IS ORDERED, the parties shall report to the court in accordance with Fed. R. Civ. P. 26(f) on or before October 7, 2008, or show cause why sanctions should not be imposed upon them in accordance with Fed. R. Civ. P. 16(f) and 37(g).


        DATED this 23rd day of September, 2008.


                                BY THE COURT:

                                s/ David L. Piester
                                David L. Piester
                                United States Magistrate Judge