IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KAREN TUMEH, | ) | CASE NO. 4:08 CV 3150 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| McDONALD'S CORPORATION, | ) | |
| Defendant. | ) | |

IT IS ORDERED,

Plaintiff's Motion to Extend Time, filing 20, is granted and the deadline for filing the Rule 26 Report is postponed until the pending Motion to Dismiss has been ruled upon, or October 31, 2008, whichever first occurs.

DATED September 25, 2008.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge